1166

No. 00–7491.  CAMPBELL v. WILLIAMS, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 00–7492.  DUKEMINIER v. WILLIAMS, WARDEN, ET AL. C. A. 10th Cir.  Certiorari denied.

No. 00–7493.  ELLIS v. CARLTON, WARDEN, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 00–7494.  CLARK v. MUELLER, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 00–7495.  EDWARDS v. NEW JERSEY TRANSIT RAIL OPERATIONS.  C. A. 3d Cir.  Certiorari denied.

No. 00–7496.  NUBINE v. STRINGFELLOW ET AL.  C. A. 5th Cir. Certiorari denied.

No. 00–7498.  DERRITT v. GALAZA, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 00–7502.  VASQUEZ v. MAZZUCA, SUPERINTENDENT, FISHKILL CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 00–7505.  SOSA v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 00–7508.  POWELL v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 00–7509.  GUERRA ZAVALA v. CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 00–7514.  ENCARNACION v. MCGINNIS, SUPERINTENDENT, SOUTHPORT CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 00–7517.  CHAVEZ v. MUELLER, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 00–7518.  COATES v. BYRD, ATTORNEY GENERAL OF GEORGIA.  C. A. 11th Cir.  Certiorari denied.